ACCEPTED
15-25-00089-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/22/2025 7:49 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00089-CV

# In the
# Fifteenth Court of Appeals
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/22/2025 7:49:01 AM
CHRISTOPHER A. PRINE
Clerk

TEXAS DEPARTMENT OF AGRICULTURE, ET AL.,
*Appellants*,

v.

BE A CHAMPION, INC., JAMES HONG, KEVIN KLOTZ, GEORGE MOON, AND
JASON BARGANIER,
*Appellees*.

On Appeal from the 200th Judicial District Court
Travis County, Texas (No. D-1-GN-24-000305)
The Honorable Jessica Mangrum, Presiding

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S BRIEF

Kevin J. Terrazas
Benjamin L. Dower
Jennifer A. Foster
**TERRAZAS PLLC**
1001 S. Capital of Texas Hwy, L250
Austin, Texas 78746
512-680-3257
kterrazas@terrazaspllc.com

**COUNSEL FOR APPELLEES**

1

Appellees Be a Champion, Inc., James Hong, Kevin Klotz, George Moon, and Jason Barganier (collectively, "Appellees") respectfully request a 30-day extension of the deadline to file their Appellees' Brief in the above-captioned matter. This is Appellees' first request for an extension of the deadline to file their brief. The Court's current deadline for Appellees' brief is July 29, 2025. If Appellees' request is granted, their brief will be due on August 28, 2025.

Appellees request this extension because Appellees' counsel has had and will continue to have significant time commitments related to numerous other ongoing cases that make it impracticable to complete the Appellees' Brief in this matter by the current deadline, including but not limited to:

- *FBCC CityPoint, L.P. v. The City of Austin, et al.*, No. 25-50293 in the United States Court of Appeals for the Fifth Circuit;

- *Nichole Rutherford, et al. v. Courtney Phelps, et al.*, No. 09-24-00377-CV in the Fourth Court of Appeals, Beaumont, Texas;

- *East Plano Islamic Center (EPIC) v. Texas Funeral Services Commission, et al.*, No. 1:25-cv-01085-DAE in the United States District Court for the Western District of Texas, Austin Division;

- *Alyssa Cormier, et al. v. Scribe Media, LLC, et al.*, No. 1:23-CV-00647-DAE in the United States District Court for the Western District of Texas, Austin Division;

- *In re: Marbach Associates, LLC and Diamond Management, LLC, Alleged Debtors*, No. 25-50815-mmp in the United States Bankruptcy Court for the Western District of Texas, San Antonio

Division; and

- *Bradley Harrison, et al., v. Christian Ammons*, No. D-1-GN-24-000357 in the 345th Judicial District Court of Travis County, Texas.

Appellees' counsel has conferred with counsel for Appellants, who advises that Appellants are unopposed to Appellees' request for an extension of time to submit their brief.

For the foregoing reasons, Appellees respectfully request a 30-day extension of time to file their brief, extending the deadline from July 29, 2025, up to and including August 28, 2025.

Respectfully submitted,

**TERRAZAS PLLC**
1001 S. Capital of Texas Hwy
Bldg. L, Suite 250
Austin, Texas 78746
512-680-3257

By: */s/ Kevin J. Terrazas*
    Kevin J. Terrazas
    State Bar No. 24060708
    kterrazas@terrazaspllc.com
    Benjamin L. Dower
    State Bar No. 24082931
    bdower@terrazaspllc.com
    Jennifer A. Foster
    State Bar No. 24104938
    jfoster@terrazaspllc.com

    **ATTORNEYS FOR APPELLEES**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellants, Todd Dickerson, via e-mail on July 21, 2025. Mr. Dickerson advises that Appellants do not oppose the relief requested in this motion.

*/s/ Jennifer A. Foster*
Jennifer A. Foster

## CERTIFICATE OF SERVICE

I certify that a true and complete copy of the above and foregoing document was served by e-service on July 22, 2025 on all counsel of record, specifically:

Ken Paxton
Brent Webster
Ralph Molina
Austin Kinghorn
Kimberly Gdula
Todd Dickerson
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capital Station
Austin, Texas 78711-2548

**ATTORNEYS FOR APPELLANTS**

*/s/ Jennifer A. Foster*
Jennifer A. Foster

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Foster
Bar No. 24104938
jfoster@terrazaspllc.com
Envelope ID: 103411728
Filing Code Description: Motion
Filing Description: Appellees' Unopposed Motion for Extension of Time to File Appellees' Brief
Status as of 7/22/2025 8:07 AM CST

Associated Case Party: Texas Department of Agriculture

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Thomas Ray | | thomas.ray@oag.texas.gov | 7/22/2025 7:49:01 AM | SENT |
| Todd Dickerson | | todd.dickerson@oag.texas.gov | 7/22/2025 7:49:01 AM | SENT |

Associated Case Party: Be a Champion, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kevin Terrazas | 24060708 | kterrazas@terrazaspllc.com | 7/22/2025 7:49:01 AM | SENT |
| Benjamin Dower | 24082931 | bdower@terrazaspllc.com | 7/22/2025 7:49:01 AM | SENT |
| Jennifer Foster | 24104938 | jfoster@terrazaspllc.com | 7/22/2025 7:49:01 AM | SENT |